Order issued October *12*, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00652-CV

**AGERAIN GILLESPIE, Appellant**

**V.**

**KROGER TEXAS, L.P., ET AL., Appellees**

## ORDER

We **GRANT** appellees' October 9, 2012 motion for an extension of time to file a brief.

Appellees shall file their brief on or before November 14, 2012. We caution appellees that no further

extension of time will be granted absent extraordinary circumstances.

_____
ELIZABETH LANG-MIERS
JUSTICE